UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ESTATE OF JOSEPH SANTOS                 :
                                        :
            Plaintiff,                  :       Civil 14-3043   (WHW)
                                        :
    v.                                  :       Order for Dismissal
                                        :       Pursuant to F.R. Civ. P.4(m)
WALGREENS FAMILY OF COMPANIES           :
                                        :
                                        :
            Defendant,                  :

It appearing that the above captioned action having been pending for more than 120 days and counsel having failed to effect service during this time and good cause having not been shown as to why this action should not be dismissed,

It is on this  2/1st  day of July, 2015

O R D E R E D that the above captioned action be and is hereby dismissed, pursuant to F. R. Civ. P. 4(m), without prejudice and without costs.

_____
Hon. William H. Walls
United States District Judge